# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:17MJ00086-1** |
| **MARTHA MELGOZA** | Defendant's Attorney: Hope L. Alley |

**THE DEFENDANT:**
- [✓] pleaded guilty to   Citation #6377111   of the Violation.
- [ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
- [ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.2 CVC 14601.2(a) | Driving After Suspension for DUI | August 23, 2017 | Citation #6377111 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) ___ .
- [ ] Count(s) ___ dismissed on the motion of the United States.
- [ ] Indictment is to be dismissed by District Court on motion of the United States.
- [ ] Appeal rights given.        [✓] Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

3/6/2018
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

3/14/2018
Date

# PROBATION

The defendant is hereby sentenced to probation for a term of :
24 Months.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 20 days SUSPENDED.
4. The Defendant is ordered to report to the Federal Marshal's Office in Fresno, CA on March 6, 2019.
5. The Defendant shall complete the Kingsview Program as directed by state court.
6. Defendant is ordered to make monthly payments currently set at $390.00 to the Franchise Tax Board until paid in full and notify the government and counsel when paid in full.
7. The Defendant is ordered to personally appear for a Probation Review Hearing on February 5, 2019 at 10:00 am in Yosemite before the U.S. Magistrate Judge.
8. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.