HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
TIMOTHY ZINDEL, CA SBN 158377
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel. (916) 498-5700
Fax (916) 498-5700
timothy_zindel@fd.org

Attorney for Defendant
MARTHA MELGOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-MJ-0086 JDP |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER VACATING CUSTODIAL TERM AND RESCHEDULING REVIEW HEARING** |
| vs. | |
| MARTHA MELGOZA, | |
| Defendant. | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Martha Melgoza, that the Court may vacate the 20-day jail term that was ordered and suspended on March 6, 2018. The parties further agree that the Court should reschedule the February 5, 2019, review hearing for a date in February 2020.

On March 6, 2018, the Court sentenced Ms. Melgoza to 24 months unsupervised probation with conditions that she obey all laws and pay outstanding state fines. The sentence included 20 days custody to commence on March 6, 2019, but the court suspended that portion of the sentence to afford Ms. Melgoza an opportunity to complete a court-ordered DUI program and make substantial payments on her fine. On January 16, 2019, counsel for both parties reviewed Ms. Melgoza's fine-payment and program-attendance records, which show satisfactory

progress toward the goals set by the Court.  Accordingly, the parties agree that the suspended custodial portion of the sentence should be vacated.

Ms. Melgoza remains on probation through March 5, 2020.  The parties agree that the review hearing set for February 5, 2019, may be continued to a date convenient to the Court in February 2020.  The parties will review Ms. Melgoza's progress in advance of that hearing and report as appropriate.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 28, 2019     /s/ Tim Zindel
TIM ZINDEL
Assistant Federal Defender
Attorney for JULIETTE SIU

McGREGOR SCOTT
United States Attorney

Dated:  January 28, 2019     /s/ T. Zindel for S. St.Vincent
SUSAN ST. VINCENT
Legal Officer

# O R D E R

The suspended custodial portion of the sentence is vacated in light of Ms. Melgoza's progress towards the goals set by the court.  The review hearing scheduled for February 5, 2019, is hereby rescheduled to February 25, 2020.

IT IS SO ORDERED.

Dated:   January 31, 2019

_____
UNITED STATES MAGISTRATE JUDGE