Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA MELGOZA,<br><br>Defendant. | No. 6:17-mj-0086-JDP<br><br>STIPULATION TO REVIEW HEARING; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Martha Melgoza, by and through her attorney of record, Benjamin A. Gerson, that the status conference in the above-captioned matter set for February 25, 2020 be continued to February 26, 2020 at 10:00 a.m. The Legal Officer has to be out of the area on February 25, 2020 for a medical appointment of a family member and requests the continuance to accommodate that appointment.

Dated: February 18, 2020        /S/ Susan St. Vincent
                                Susan St. Vincent
                                Legal Officer
                                Yosemite National Park

Dated: February 18, 2020         /S/ Benjamin A. Gerson
                                Benjamin A. Gerson
                                Attorney for Defendant
                                Martha Melgoza

1

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the February 25, 2020, review hearing for Martha Melgoza in Case *6:17-mj-0086-JDP* is continued to February 26, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: <u>    February 19, 2020    </u>                    _____
                                                                                    UNITED STATES MAGISTRATE JUDGE