1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MARTHA MELGOZA

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.  6:17-mj-00086-MJS
12 | Plaintiff, | **STIPULATION TO CONTINUE REVIEW HEARING**
13 | vs. | Date: February 26, 2020
14 | MARTHA MELGOZA, | Time: 10:00 a.m.
   |                  | Judge: Hon. Jeremy D. Peterson
15 | Defendant. |

16

17      The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer,

18 counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19 defendant, Martha Melgoza, hereby stipulate and jointly move this Court to continue Ms.

20 Melgoza's review hearing from February 26, 2020 until April 28, 2020.

21      On March 6, 2018, Ms. Melgoza was sentenced by the Honorable Michael Seng to pay

22 $390 per month to the California Franchise Tax Board towards unpaid fines then suspending her

23 license.  She was also ordered to complete DMV classes at Kingsview.  Judge Seng's sentence

24 included a suspended sentence of 20 days in custody, permanently suspended on March 6, 2019.

25      The undersigned defense counsel, having spoken with Ms. Melgoza at length, believes Ms.

26 Melgoza is in compliance with her obligations to the Franchise Tax Board and Kingsview.

27 However, as of the instant stipulation there have been delays in gathering the necessary

28 documentation for the court.  The undersigned has discussed the issues with government counsel

Melgoza  / Stipulation to Continue                -1-
Review Hearing and Order

and both parties are in agreement that Ms. Melgoza's review hearing may be continued for her to gather the necessary documents.  The parties stipulate that Ms. Melgoza's term of probation shall be extended until June 6, 2020 to accommodate the continuance, with the option to vacate the hearing upon receipt of the documentation.

                                                                   Respectfully submitted,

                                                                   McGREGOR SCOTT
                                                                   United States Attorney

Dated:  February 21, 2020        *carca*  */s/ Susan St. Vincent*
                                                                   SUSAN ST. VINCENT
                                                                   Acting Legal Officer
                                                                   National Park Service
                                                                   Yosemite National Park

Dated:  February 21, 2020                    HEATHER E. WILLIAMS
                                                                   Federal Defender


                                                                   */s/  Benjamin A. Gerson*
                                                                   BENJAMIN A. GERSON
                                                                   Assistant Federal Defender
                                                                   Attorney for Defendant
                                                                   MARTHA MELGOZA

ORDER

The above stipulation to continue case 6:17-MJ-00086-MJS until April 28, 2020 and to extend Ms. Melgoza's term of probation until June 6, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:  February 24, 2020

_____
UNITED STATES MAGISTRATE JUDGE